UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WALTER HALLIE WEBB, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 3:12-1077 |
| v. | ) | Judge Campbell/Brown |
| | ) | **Jury Demand** |
| TERRY ASHE, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

### **O R D E R**

The City of Lebanon filed a motion requesting leave of Court to file a second dispositive motion (Docket Entry 84). This motion is **GRANTED.** The City of Lebanon has attached a proposed motion and memorandum to this motion. Since those documents are not signed, counsel for the City of Lebanon should file the City's motion to dismiss and supporting memorandum in the normal course of business.

The Plaintiff will have **28 days** within which to respond to the motion to dismiss.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge