IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALTER HALLIE WEBB | ) |
| | ) |
| v. | ) NO. 3-12-1077 |
| | ) JUDGE CAMPBELL |
| TERRY ASHE, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 103), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

The Motion to Dismiss of Defendant City of Lebanon (Docket No. 86) is GRANTED, and all claims against the City of Lebanon are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE